AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
Derek Jaccob Dodder

)
)
)
)
)
)
)
)

Defendant

Case: 1:23-mj-00265
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 10/2/2023
Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Derek Jaccob Dodder                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds.
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds.
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     10/02/2023

_____
*Issuing officer's signature*

City and state:          Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)*  Oct. 2, 2023 , and the person was arrested on *(date)*  Oct. 4, 2023
at *(city and state)*  Las Vegas, Nevada           .

Date: Oct. 4, 2023

_____
*Arresting officer's signature*

Anthony L. Needler, FBI Special Agent
*Printed name and title*