THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) | |
| v. | ) ) | 1:24-cr-00074 (CJN) |
| DEREK DODDER | ) ) ) ) | |

**SENTENCING MEMORANDUM ON BEHALF OF DEREK DODDER**

Back when Mr. Dodder was in film school, he had a final assignment in a class, produce a film. He chose to produce a documentary on the protest rally at Laguna Beach in 2017.[1] In his film, he sought to show the viewpoints of both sides, the protestors and counter-protestors. Fast forward to 2021, Mr. Dodder once again saw an opportunity to film a political rally, this time one taking place in Washington, DC, on January 6. His friend from the marines, Derek Nelson, invited Dodder to attend with him. For this rally however, Dodder also believed in and agreed with some of the concerns of the protestors, he was not a neutral observer.[2] He hence showed up on January 6 with duel interests, express his support for the rally as well as film the rally and put it up on his Youtube channel. He still had interests in a film career. He recognized that accompanying his friend, Derek

---

[1] https://www.latimes.com/local/lanow/la-me-ln-illegal-immigration-rally-20170818-story.html
[2] Dodder did not vote for re-election of Trump but rather voted for an independent candidate. He was not present to show support for Trump but rather for some of the political concerns and issues he had at the time which were expressed by President Trump and others who were present.

1

Nelson, would work well for his film. Nelson came across well on camera and was into theatrics.

Mr. Dodder explained during a proffer with the Government, his duel purposes in coming to D.C. to attend the rally, stating that he "went to D.C. to support former President Trump, but also to film for his potential documentary." He was disappointed about what he saw in the media and how conservatives were being portrayed. He "felt like anyone who supported Trump at the time were always under attack and were often called fascists. Dodder hoped he could film the event and then produce a documentary with a positive bias spin on the edited film of political conservatives. He wanted to show how peaceful conservatives were, but how violent BLM/Antifa was."

And so accompanying his friend, Mr. Dodder arrived to D.C., attended the rally and filmed with his GoPro. He came prepared to protect himself if other's actions got out of hand. He wore camo clothening because it was theatrical but also because it covered his body better. He also brought a gas mask and goggles and a medical kid.[3] He was cognizant that potential clashes between BLM supporters and the Proud Boys might ensue, as well as police involvement.

He did not bring any gear to use against another, he brought no weapons, rather what he had was to protect himself only. Consistent with that, he did not engage in any physical violence nor destruction of property on the Capitol grounds. It was never his intention to do so. At times he got caught up in the moment, and

---

[3] He had an American Heart Association Heart Saver First Aid CPR AED (defib machine) card, permitting him to assist anyone in need.

2

joined in with the chants of those around him. He entered the Capitol building and acknowledges it was wrong to do so. He did not mean to stay in the building as long as he did. At a point in time he realized that he needed to exit but he and Nelson could not find an exit.[4] He had been provided incorrect information that the front door on the East side lead to a balcony. Ultimately, he and Nelson were able to exit and they did so and did not re-enter once they exited.

His decision to enter the Capitol caused a cascade of negative consequences for him. His partner walked out on him and took their children with her. He was devasted. Fortunately, after approximately three weeks away, she returned back to him with the children. He lost employment he enjoyed. Recently he passed an Aptitude Test Battery with the Electrical J.A.T.C. (Joint Apprenticeship Training Committee) Selection Process, making him eligible for an interview with Electrical JATC of Southern Nevada.[5] Slowly but surely, he is putting the pieces of his life back together again.

**Sentence of probation and/or home confinement with Restitution Falls within 18 U.S.C. §3553(a) Factors**

Mr. Dodder urges the Court sentence him to not more than probation with or without a period of home confinement with the agreed upon restitution amount noted in the plea agreement. Such sentence is a "reasonable" sentence in this case.

---

[4] This statement is corroborated by Nelson's independently given statement to the Government during one of his proffer meetings.
[5] He had the interview on May 23, 2024, and is waiting to be informed of a placement and ranking to begin the 5 year apprenticeship program with the electrical union to become an electrician.

A sentence of jail time, particularly the sentence the Government requests, would be overly punitive, unreasonable, and is not warranted. In conjunction and consideration of the §3553(a) sentencing factors the court must take into account, such a sentence is reasonable and just.

### (a) Reflect seriousness of the offense and promote respect for the law, 18 U.S.C. §3553(a)(2)(A)

Mr. Dodder did not engage in violent acts, nor stated any words or actions to incite others to act. While outside the Capitol, he was not on the front lines pushing officers out of the way, rather he was part of the crowd. While inside the Capitol, he did not destroy any property, nor was he looking for people to assault. At no time did he put any messages on social media seeking to stir others to act. Nor at anytime did he boast about being at the Capitol. He recognized his error of being present and tried to keep a very low profile. He cooperated with law enforcement when they approached him and assisted as best he could. He was an observer and participant but not one that initiated aggressive action.

A sentence of probation with home confinement reflects the seriousness of the offense and promotes respect for the law. Mr. Dodder entered guilty pleas to misdemeanor offenses. There is no mandatory minimum, there are no guideline calculations. A sentence of probation and zero jail time is consistent with the statutes to which he plead guilt.

### (b) Mr. Dodder's Personal Characteristics

Mr. Dodder is someone who helps society rather than someone who wants to do harm. His friend and supervisor Charles Thomas describes Dodder as someone who has the values of good will and good manners. See Attached Letter of Thomas. While working for MGM/Luxor, Mr. Dodder did volunteer work. He gave back to the community by volunteering for 3square, an organization that provides meals to underfunded schools.[6] He also volunteered for The big Search,[7] an organization to help locate missing children. He would take pamphlets of missing children to residences and businesses and hand out fliers as well as provide any information received about the missing children to the designated Detective.



(volunteering at threesquare, far left)

---

[6] https://www.threesquare.org
[7] https://www.freeinternational.org/thebigsearch/

Since he was a young boy, he liked to make people laugh. See Correspondence from Aunt Jessica. He enjoyed acting and his passion for film making began at a young age. He "was never in trouble or destructive." See Correspondence from Aunt Jennifer Timlick. "if he wasn't filming, he was reading, listening to music and writing." *Id*. "The older he got, the more of the world he saw and so began his love for documentaries." *Id*. "He is a true artist with a passion for life." *Id*.

He is also a hard worker who takes pride in his work. See correspondence in general. He made sure to obtain what ever certificates he believed would be useful for his various employment. See PSR #66. After his schooling he went into the United States Marine Corps. He was honorably discharged from the United States Marine Corps in 2015, having left to enter film school and pursue other opportunities. While in the Marines, he received several awards including Good conduct, National Defense Service Medal, Afghanistan Campaign Medal, Global War on Terrorism Service Medal, Sea Service Deployment Ribbons, and NATO Medak-ISAF Afghanistan recognition. He did two separate tours to Afghanistan in the Marine's logistics unit. That unit was responsible to receive, organize, repair and clean military gear and equipment to return back to the United States.

Although, his passion is in film making, while working in the field he recognized that the film industry work is expensive and not stable. So he sought

out work with Luxor Casino owned by MGM. There he saw a career for himself and was on a trajectory towards upper management. He started out as a security officer and was promoted to Assistant Security Manager. He was one of the youngest security managers. His hope and goal was to rise up to shift manager, director, then chief of security even possibly working at MGM's national level and global arena. He was being groomed to move up in the company and he was well liked as an Assistant Security Manager. He was "well thought of, and his leadership and absence are felt to this day." See Correspondence of Elizabeth Hricik. "His desires for success of the people who worked for him and with him was evident by his willingness to always make himself available to his subordinates when help was needed." Id.

 (award nomination)

While working for MGM he lead an effort to rebuild security at the Luxor Casino to lower crime and make the building more secure.  He with others reviewed security systems in place in a multimillion dollar operation called ButtonUp.  Thanks to their findings and changes, theft rate dropped in a single quarter.  He was awarded a nomination for his efforts.

During COVID, he was furloughed by the casino.  He sought work at Chaos Security under their security department but he did not do any security work for them, rather he handled their media work and commercials.  He also handed their

8

photo shoots. However, he went back to MGM because he knew the work was more stable and he had better career options available.

 (surprise birthday party at work at Luxor)

Unfortunately, due to his arrest, MGM let him go. He found himself unemployed. He took on work at a gas station but he and his partner decided that only one of them could work as they were not bringing in enough income at that time for child care. His partner, Sovereign Swindall, became the sole breadwinner for the family working at a 7-11. She does not earn much money but it is enough for the family currently to live on. Mr. Dodder became a stay at home Dad and has enjoyed being able to spend quality time taking care of his children. Being a father is very special for Mr. Dodder. He is described as a "wonderful father," and that "[t]here is nothing in this world he cares for more than [his] children." (see correspondence of Aunt Jessica, Ms. Tindall).

 (with his eldest son)

Mr. Dodder's father, Gregory Dodder, informed the pre-sentence report writer that if his son were to be incarcerated "it would be 'devastating' for his family, as it would mean that they would not have childcare; and therefore, the defendant's partner would not be able to work, and they would not have an income." See PSR #49.



(with partner)

Likewise incarceration would preclude him from entering the apprenticeship program with the electrical union if and when he is eligible. He would be paid sufficiently while in the program which would allow for child care. There is a lot at stake if he were required to do incarceration as recommended by the prosecution.

**(c) Deterrence**

A sentence of probation with or without home detention will definitely deter Mr. Dodder from any similar conduct. He has no prior convictions and no prior arrests.[8]

Mr. Dodder has already suffered greatly for his actions on January 6. As stated previously, his partner walked out on him and took their children with her. He was devasted by this and still becomes very emotional when retelling what happened. He recognizes that his partner would do the same thing again if he were to become involved in similar conduct in the future. He also lost employment that

---

[8] The Pre-sentence report notes a "possible charge" out of California. Mr. Dodder is completely unaware of any such charge and was never arrested on any such charge.

he enjoyed tremendously and for which he saw a future. He realizes his actions have detrimental consequences to his own life and has no interest in a repeat.

He further recognizes the wrongfulness of his conduct and the harm incurred upon police, the political process and the nation. Although at the moment of his actions on January 6, he believed he had reasons to do what he did which he believed were prompted in response to things he saw but he does appreciate that his actions were wrong and inappropriate. He does not intend to get involved in something similar.

As for general deterrence, a sentence of probation provides a strong message that there are repercussions for being involved in such activity including being charged, having a criminal record and being subject to supervision by the Court.

**(d) To Sentence Mr. Dodder to a Sentence of Jail Time Would Result in an Unwarranted Disparity**

The government cites to three other cases in support of their request for a sentence of 60 days. Two of the defendants they cite received sentence of less than the 60 days they ask for here, and yet the actions of those individuals were more egregious than that of Dodder's. For instance, in *United States v. Landon Manwaring*, 22-cr-270 (CJN) (D.D.C.), the government acknowledges that Manwaring went near Speaker Pelois' suite, minimized his conduct during a second interview with the FBI, falsely claimed police "welcomed" him into the Capitol and that he saw no property destroyed, and he committed another serious crime after January 6. Mr. Dodder on the other hand, committed no other crimes after January

12

6, spoke with law enforcement before he was even arrested, sought to assist and acknowledged his involvement.  In the case of *United States v. Jeffrey Hubbard*, 21-cr-737 (CJN) (D.D.C.), the government admitted Hubbard actually threatened to fight officers, maneuvered to the front of the melee, and was pepper sprayed in the face before being escorted out.  Mr. Dodder never actually threatened anyone, nor did he maneuver himself to the front of any mele or police line, and he exited the Capitol on his own accord.

Finally, in *United States v. Clifford Meteer*, 21-cr-630 (CJN) (D.D.C), the Government admits that Meteer made numerous statements on Facebook and in interviews after January 6 reflecting a lack of remorse, did not admit to the FBI that he went inside and falsely downplayed the violence on January 6, further he had a criminal history.  Mr. Dodder never negated his involvement or the seriousness of what he saw around him, nor did he post anything on line or do interviews.

In a case the Prosecution does not cite, United States v. Renee Fattaa, 23-cr-217 (CJN) (D.D.C.), this Court sentenced the defendant to 14 days.  In the Government's sentencing memorandum, ECF #27, they state "Fatta danced her way into the Capitol shortly after witnessing the Parliamentarian door's violent breach. Once inside Fatta witnessed destruction, heard other rioters chanting for violence against police, and was still not deterred.  Instead she took out her marijuana vape pen to enjoy the spectacle," before she left after being pepper sprayed by police.  She remained on the Upper West Terrace grounds ignoring police officer's requests to

13

leave.  She then "minimized and defended the rioters' actions on social media, callously stating that images of lawmakers fearing for their lives 'warms [her] heart.'"

Mr. Dodder does not warrant a sentence as great as Meteer who was sentenced to 2 months, Hubbard who received a 45 day sentence of incarceration, Manwaring who was sentenced to 30 days incarceration or Fatta sentenced to 14 days.  Although, Mr. Dodder was in the Capitol approximately 48 minutes, he sought to find an exit and would have exited earlier if he had known how to exit out. Further, although he was part of a group that breached a police line, he was not in the front of the line nor did he ever try to move to the front of the line. There were people behind him and many people in front.  He did not gloat after the fact or downplay his involvement or that of others, nor glorify the pain caused upon lawmakers.  He admitted to the Government he destroyed the memory chip of his GoPro.  He never hid this fact and he provided the GoPro to law enforcement upon his arrest.  He explained that he got rid of the footage because he did not want to be associated with the events considering the media was claiming participants were terrorists and because his partner broke up with him for his involvement.  He was also scared.  Even without the GoPro footage, the prosecution has ample footage of Dodder and Nelson's locations within and outside the Capitol.

**Conclusion**

In conclusion, Mr. Dodder, sincerely urges this Honorable Court sentence him to probation with or without a period of home detention. A sentence greater than that is unwarranted nor is it necessary. Mr. Dodder appreciates his error and will forever be sorry for being present and entering the Capitol on January 6. At the sentencing hearing, he plans to read to the Court a letter he has prepared.

Respectfully submitted,

OFFICES OF ELITA C. AMATO

/s/
_____
Elita C. Amato, Esq.
2111 Wilson Blvd.
8th Floor
Arlington, VA  22201
Tele:  703-522-5900

**CERTIFICATE OF SERVICE**

I hereby certified that this Memorandum was filed using the ECF pacer system, thereby providing notice of service to government counsel, on this 9th day of July 2024.

/s/
_____
Elita C. Amato