October 14, 2023

To whom it Concerns,

My name is Jessica, Aunt Jessie to Derek and his brothers. I'm writing on behalf of my nephew tonight, trying to find the right words to describe my nephew. I see these pictures posted of him and the story it must convey depending on which side of the line you stand on, and neither are correct

My nephew is a devoted partner, a wonderful father, a veteran, a lover of art and cinema, a jokster, among many other things. Since Derek was able to talk he loved to make people laugh Jim Carrey was huge when he was growing up and he would do the best impressions. We always told my sister he was going to be an actor someday. He never grew out of his love of movies and cinema. He made homemade movies anytime he could get a camera in his hands. As he matured so did his passion for the art, morphing from acting movies to documentry type. He loves to see peoples thoughts on things, their stories, important things/history. So when I saw these pictures and news stories I didn't see a "criminal", I saw my nephew

recording the history of that day. Whether he should have been there I supose is a moot point at this time and place. But Derek is not a malicious nor distructive person and I believe from the bottom of my heart was there to tell that story/history with his camera. Not to cause any harm.

Respectfully
Jessica Dalecke

To The Honorable Judge of the Court,

May it please the Court

My name is Sovereign Tindall. I feel obliged to mention on my own behalf to the Court that the Defendant, Derek Dodder is a good man with an upstanding character. I have known Derek for about ten years now as my partner, and in that time I have truly gotten to see who he is.

I first met Derek Dodder in the Marine Corps, when he had just come back from a deployment. From this beginning, I have known him to be passionate about film-making and story-telling. He would talk in depth about movies, stories he came up with, scripts he wrote. After the military, he went to film school in Los Angeles, where he was educated in this subject.  We would go out and film protests, edit and upload them to Youtube. This was around 2016.

In the time I have known Derek Dodder, we have created a family together. In 2020 we had our first child together.  During this difficult time in our country, Derek has been a pillar in our life. He has worked very hard to provide for us and give our children good lives, but more than that he has filled our home with laughter and love. I have had the privilege of seeing him transform into fatherhood and a man of faith. There is nothing in this world he cares for more than our children. Everything he does is for them.

It shocked and saddened me to have the FBI knock on our door, about three years ago in 2021. For about two years Derek had dealing with them. He held strong in his convictions and complied with their demands. Then one day they told him not to worry, he was free to move on with life.

The past four years have been very difficult on our family. Derek went from being the sole provider for our family, where he excelled in his job, to being fired after he was presented his charges. Now, he stays home and raises our children while I work as the sole provider for our family. Through all of this, his agency has not changed. He has remained a wonderful father who our children adore.

Derek is essential to our family dynamic. My children love him very much, and he fills our home with love and joy. It would oblige me if the Court were to take this view of mine into consideration as a supportive character reference. Thank you for your time.

Yours faithfully

Sovereign L. Tindall

October 13, 2023

To Whom It May Concern,

My name is Jennifer Timlick and I am Derek Dodder's aunt. I would like to tell you about the boy he was because I believe it will help to explain where he is today.

Derek has always been a talker. He would tell a story with such detail, you could imagine in your mind exactly what he had seen, heard, experienced or read. DJ (as we have always called him), has had a camera in his hand at a very young age. It was almost as if the camera was a part of him. He would gather up other kids to create movies. There would be a script, props, makeup and costumes. If DJ heard about a place that was haunted, he wanted to go there to film...cemeteries included. As an adult, he filmed in the desert out west. When he would talk about it, his eyes would light up, hands and arms would be moving to describe exactly what he experienced with every event, short film, or adventure he had been on that day. Derek has always seen the world as something to explore and experience. He has always wanted to share these experiences with everyone he has encountered. Music and books have had the same influence on him. My husband Josh gave DJ a Charles Bukowski book when he was a young teen. I had my doubts that DJ would even make it through the book. It wasn't long before DJ was quoting other works by Bukowski. He just could never have enough information on a subject that fascinated him and his passion was infectious.

Derek was always a positive boy. Happy to start his day, wondering about what he would experience. There was never any maliciousness to him. He was never in trouble or destructive. If he wasn't filming, he was reading, listening to music or writing. It has always been his dream to bring the world to people who are unable to experience it. To capture the beauty he sees. To bring laughter and happiness whether it is fiction or non-fiction. The older he got, the more of the world he saw and so began his love for documentaries. To be the fly on the wall with a lens.

Derek is a true artist with a passion for life. He loves his family and is very loyal. He has always worked hard to provide for them. When we are all together, the laughter and stories are the highlight. Everyone DJ meets is drawn to him with his infectious smile, calm demeanor and gentle soul. I have known him to bow his head in prayer with strangers.

So, with that, I pray for Derek in his journey through all of this. I know his faith in God is strong. I pray for those who read my words, appreciative of their time and consideration. I pray that DJ's passion for knowledge and film has not dimmed. I know he has so much more to explore, so many more stories to tell.

Thank you for your time. Please contact me if there is anything I can add. My phone number is (989)254-3199, email address is jen@halehardware.com.

Jennifer Timlick



May 09, 2024

Your Honor,

My name is Elizabeth Hricik and Derek Dodder has asked me to write a character reference letter to your Honor. A request for which I am more then happy to do. I'll not pretend to know the particulars of the case before you, but it is my hope that you will find this letter concerning Derek useful in your evaluation. I have come to know Derek while working at the Luxor Hotel & Casino as a co-worker, a supervisor and a friend. He has mentored me in the learning process as a security officer for the Luxor and continued this mentorship when he received a well-deserved promotion to Assistant Security Manager.

Over the span of two plus years, Derek has become a cherished friend and confidant. I've had the privilege of getting to know him on a more personal level. His desires for the success of the people who worked for him and with him was evident by his willingness to always make himself available to his subordinates when help was needed. He got in the trenches with us. He is well thought of, and his leadership and absence are felt to this day. It is difficult to quantify the impact that a single person can have on a group, but Derek was and is such a person.

On a personal level, his love of theater and making films demonstrated a passionate creativity for life. His sense of humor is a delight, and his intellect is a personal enjoyment for me in particular as I am of a similar personality. Derek was and is someone I've turned to when I was in need of counsel. I could go on and on about who Derek is but your time is valuable and so I'll keep it brief. Derek is a good man and I say that about few people. He's not perfect but I never saw ill intentions in his actions towards anyone or anything.

I recognize yours is a difficult task in adjudicating many cases before you and so I respectfully ask that you extend grace towards Derek in your deliberations as is within your power to do.

Respectfully Submitted,

Elizabeth Hricik

From,

Charles Thomas

Las Vegas Nevada ███

Date: April 19, 2024

To: Whomever it may concern

April 19, 2024

Subject: Derek Jacob Dodder

Case Number: 23-MJ-00265

Subject: May perspective on the character of Derek Dodder.

Your Honor,

I am writing this letter to you on behalf of a good man and friend, Derek Dodder, to help you in your assessment of him as a person. I hope that it finds you well.

Derek Dodder is not only a dedicated, hard working husband and father, he is a good friend. I've found Mr. Dodder to be wise beyond his years in the realms of philosophy, history, sociology, and have enjoyed many deep conversations spanning a vast array of subjects wherein these realms intersect. It is rare for met to encounter a person with which I find so much commonality, not only in the subjects that interest us, but also in where and how we were raised. I, like Mr. Dodder, am from a small town in the mid-west. Raised in a place where good manners are second nature and, good will is a state of existence, and everyone knows who you are. I find these values to be present in Mr. Dodder as they are in myself.

Mr. Dodder is a person that I've always observed to be calm and considerate. Although usually very well thought out, Derek made a mistake. One that I know he regrets. He would never intentionally disrespect the country that he served as a Marine, nor would knowingly break the law. Please show leniency to Derek. I can only image that this process alone has been enough to realign his perceptions and show him the error of his actions.

Thanks for your consideration.

Charles Thomas